# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRANK J. PACHECO,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:06-cv-393-Orl-22KRS**

**RYLAND HOMES   Orlando Division,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Application to Proceed Without Prepayment of Fees (Doc. No. 2) filed on March 28, 2006.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice, that the application be denied as moot, and that Plaintiff be given leave to file an amended complaint .

The Court conducted an independent *de novo* review of the record in this matter, including the responses and documents  filed by the Plaintiff (Doc. Nos. 4 and 5).  The Court agrees entirely with the findings of fact, with the clarification that the deposit was $13,769.35, and agrees with the conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed April 12, 2006 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.       The Complaint is hereby DISMISSED without prejudice.  No later than May 26, 2006 Plaintiff may file an Amended Complaint and renewed application to proceed without payment of fees.  Plaintiff is advised that the federal court is a court of limited jurisdiction.

If Plaintiff is proceeding under diversity jurisdiction, he must allege that he and defendant are citizens of different states.  He must identify the state where Ryland Homes is incorporated and the state where Ryland Homes has its principal place of business.  Further, Plaintiff must allege recoverable damages in excess of $75,000.00.  If Plaintiff intends to sue an individual, or assert a claim, other than a breach of contract claim, he must set forth those claims in separate numbered paragraphs.  Finally, Plaintiff must identify the defendant(s) by complete name and address.

If Plaintiff fails to file an Amended Complaint, or files an Amended Complaint that does not set forth a basis for the jurisdiction of this Court, this file will be closed.

If Plaintiff determines that this case does not come within the jurisdiction of this Court, he may file his complaint in state court.

3.       The Application to Proceed Without Prepayment of Fees (Doc. No. 2) is DENIED as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 25, 2006.

ANNE C. CONWAY
United States District Judge

-3-

Copies furnished to:

United States Magistrate Judge
Frank J. Pacheco, *pro se*